PHŒNIX INDEMNITY COMPANY, Respondent, v. ALPINE CREAM Co., INC., Defendant, Impleaded with CONCOURSE FARMS, INC., Appellant.

Supreme Court, Appellate Term, First Department, March 15, 1934.

*Herman W. Bernstein,* for the appellant.

*Julius Alan Weiss,* for the respondent.

PER CURIAM. Plaintiff creditor has no right of action for personal judgment against the transferee of the property under the Bulk Sales Law (Pers. Prop. Law, § 44) for the debt in suit due from the transferor. Its remedy is a creditor's action against transferee. (*Klein* v. *Maravelas,* 89 Misc. 466.)

Order reversed, with ten dollars costs, motion granted, and complaint dismissed without prejudice to appropriate action.

All concur; present, HAMMER, CALLAHAN and FRANKEN-THALER, JJ.